AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

| | |
|---|---|
| CECILIA TURNER<br>Plaintiff (s),<br>V.<br>SECURITAS SECURITY SERVICES USA, INC, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:25-cv-01413-TLN-CKD |

Notice is hereby given that, subject to approval by the court, __Securitas Security Services USA, Inc.__ substitutes
(Party (s) Name)

__Jessica S. Pliner of Resolute, APC__ , State Bar No. __261976__ as counsel of record in place
(Name of New Attorney)

place of __Jessica S. Pliner of O'Hagan Meyer_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:       Resolute, APC
Address:         One Embarcadero Center, Suite 1200, SF, CA
Telephone:       415-843-5487                Facsimile
E-Mail (Optional): jessica@resoluteapc.com

I consent to the above substitution.
Date:  6/17/2025

Jonathan Talbot for Securitas Security Services USA, Inc.
_(signature)_
(Signature of Party (s))

I consent to being substituted.
Date:  June 13, 2025

Jessica S. Pliner
_(signature)_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date:  June 13, 2025

_(signature)_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  June 18, 2025

_(signature)_
Judge

#6891590v1