Michael Freiman, Esq. (SBN 280716)
LAW OFFICE OF MICHAEL FREIMAN
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
Telephone: (310) 917-1022
Email: mike@employlegal.com

Attorney for Plaintiff CECILIA TURNER

RESOLUTE, APC
Jessica S. Pliner, Esq. (SBN 261976) — jessica@resoluteapc.com
Eleno Nunez Gonzalez, Esq. (SBN 332555) — eleno@resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 843-5487

Attorneys for Defendant SECURITAS SECURITY SERVICES USA, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA TURNER, | ) **Case No.: 2:25-cv-01413-TLN-CKD** |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) JOINT STIPULATION TO CONTINUE |
| v. | ) FACT DISCOVERY CUTOFF BY |
| | ) NINETY (90) DAYS |
| SECURITAS SECURITY SERVICES | ) |
| USA, INC.; and DOES 1 through 20, | ) Judge: Hon. Troy L. Nunley |
| inclusive, | ) |
| | ) |
| Defendants. | ) |

1

Having considered the Parties' Joint Stipulation to Continue Fact Discovery Cutoff by Ninety (90) Days (the "Stipulation"), the Declaration of Michael Freiman filed in support thereof, the case file, the record, and good cause appearing therefor, IT IS HEREBY ORDERED that the Stipulation is GRANTED as follows:

1.   The fact discovery cutoff established by the Court's May 29, 2025 Initial Pretrial Scheduling Order (ECF No. 12) is CONTINUED by ninety (90) days.

2.   The deadline for the designation of expert witnesses, and any supplemental designation of expert witnesses, is CONTINUED by ninety (90) days from their existing dates.

3.   The deadline for the exchange of supplemental disclosures and responses pursuant to Federal Rule of Civil Procedure 26(e) is CONTINUED by ninety (90) days from its existing date.

4.   The deadline for the filing of dispositive motions is CONTINUED by ninety (90) days from its existing date.

5.   All other terms and conditions of the Court's May 29, 2025 Initial Pretrial Scheduling Order (ECF No. 12) shall remain in full force and effect.

IT IS SO ORDERED.

DATED: June 3, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2