**RESOLUTE, APC**
Jessica S. Pliner (SBN 261976)
Jessica@Resoluteapc.com
Eleno Nunez Gonzalez (SBN 332555)
Eleno@Resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415.843.5487

Attorneys for Defendant,
SECURITAS SECURITY SERVICES USA, INC.

Michael Freiman, Esq. (SBN 280716)
Law Office of Michael Freiman
100 Wilshire Blvd., Ste. 700
Santa Monica, CA 90401
(310) 917-1022
Mike@employlegal.com

Attorneys for Plaintiff,
CECILIA TURNER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CECILIA TURNER,

Plaintiff,

v.

SECURITAS SECURITY SERVICES USA, INC., and DOES 1 through 20, inclusive,

Defendants.

Case No. 2:25−cv−01413−TLN-CKD

**ORDER REOPENING FACT DISCOVERY**

Having considered the Joint Stipulation and Request to Reopen Fact Discovery submitted by Plaintiff Cecilia Turner ("Plaintiff") and Defendant Securitas Security Services USA, Inc. ("Defendant" and collectively, the "Parties"), together with the supporting declaration of Jessica S. Pliner, and good cause appearing, the Court finds as follows:

The fact discovery cutoff set by the Court's May 29, 2025 Initial Pretrial Scheduling Order (ECF No. 12), as extended by the Court's June 3, 2026 order (ECF No. 27), has

passed. The Parties have demonstrated good cause under Federal Rule of Civil Procedure 16(b)(4) to modify the Initial Pretrial Scheduling Order, and excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B), to reopen fact discovery. The Parties acted diligently in pursuing discovery but were unable to complete the remaining fact discovery, including the Rule 30(b)(6) deposition of Defendant and the percipient depositions identified in the Stipulation, before the cutoff due to an unresolved written discovery dispute and the resulting need to reschedule the Rule 30(b)(6) deposition. No trial date has been set, the request is made jointly and is unopposed, and no party will be prejudiced by the relief requested.

ACCORDINGLY, IT IS HEREBY ORDERED that the Stipulation is GRANTED as follows:

1. Fact discovery is REOPENED for a period of ninety (90) days from the date of entry of this Order, within which the Parties may complete fact discovery, including the Rule 30(b)(6) deposition of Defendant and the percipient depositions described in the Stipulation;

2. The deadline for the designation of expert witnesses and the deadline for any supplemental designation of expert witnesses are reset to run from the close of the reopened fact discovery period, preserving the same intervals established by the Initial Pretrial Scheduling Order;

3. The deadline for the exchange of supplemental disclosures and responses pursuant to Federal Rule of Civil Procedure 26(e) is reset to run from the close of the reopened fact discovery period, preserving the same interval established by the Initial Pretrial Scheduling Order;

4. The deadline for the filing of dispositive motions is reset to run from the close of the reopened fact discovery period, preserving the same interval established by the Initial Pretrial Scheduling Order;

5. Plaintiff's Notice of Deposition of Defendant Securitas Security Services USA, Inc. Pursuant to Federal Rule of Civil Procedure 30(b)(6), previously set for June 18, 2026, is taken off-calendar and shall be rescheduled by mutual agreement of the Parties to a date within the reopened fact discovery period; and

6. All other terms and conditions of the Court's May 29, 2025 Initial Pretrial Scheduling Order (ECF No. 12) shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: October 14, 2026

Troy L. Nunley
Chief United States District Judge